John H. Cody and Another, etc., Respondents, v. James W. Dickinson, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Rachael Dutcher, Respondent, v. John Wanamaker, Appellant.—Motion to resettle order denied, without costs.   Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Carmine Greco, Respondent, v. Long Island Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. · Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

In the Matter of Opening Fourteenth Street from Broadway to Mitchell Avenue, in the Borough of Queens.   Application of Frank Dickerson to Compel Payment of an Award, etc.— Motion denied, on the ground that there was no intentional contempt by the comptroller, with the privilege of renewing in case of further refusal to make such payment.   We think that in the absence of a stay on appeal, the order became immediately operative.   Present — Burr, Carr, Stapleton and Putnam, JJ.

In the Matter of Norman F. Lancashire, Committee, etc., of Amelia Agnes Lancashire, an Incompetent Person.   Charles F. Wilcox, Special Guardian, etc., Appellant, v. The American Surety Company, Respondent.— Motion granted, without costs.   Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of Isaac Miller and Abraham Miller, Attorneys.— Leave is granted to the respondents to supplement their papers by showing details as to their not practicing law, and to procure affidavits as to their continuous good behavior in the interval of their suspension; copies of such papers to be served on the attorney for the Bar Association within five days. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

In the Matter of David Spiro, an Attorney.— The conduct of the respondent requires our censure.   In view, however, of his frank admission and complete restitution, we think that no further action is required. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Lottie Loew, Respondent, v. Charles A. McInerney and Others, Appellants.— Motion for reargument denied, with ten dollars costs.   Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.